In re:  Case No. 21-00246-RNO
Robert T Pollara  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Feb 11, 2021      Form ID: tele341      Total Noticed: 93

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Robert T Pollara, 102 Bartleson Deer Trail, Greentown, PA 18426-8916 |
| 5389882 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 1220 Old Alpharetta Rd Ste 350, Alpharetta, GA 30005-3972 |
| 5389881 | | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 5389883 | | Andrew Sklar Esquire, 20 Brace Rd Ste 205, Cherry Hill, NJ 08034-2634 |
| 5389884 | | Barbco, Inc., PO Box 30189, East Canton, OH 44730-0189 |
| 5389886 | | Berkshire Hathaway Guard Insurance, PO Box AH, Wilkes Barre, PA 18703-0020 |
| 5389887 | | BlackRock Pipeline Services LLC, 21346 Saint Andrews Blvd Ste 404, Boca Raton, FL 33433-2432 |
| 5389895 | | Consolidated Energy Company, PO Box 278, Byron, MN 55920-0278 |
| 5389896 | + | Country Waste, PO Box 8010, Clifton Park, NY 12065-8010 |
| 5389897 | | Cristiano Welding Supply, 4961 Birney Ave, Moosic, PA 18507-1205 |
| 5389898 | | David E. Draper CPA, PO Box 609, Waverly, PA 18471-0609 |
| 5389899 | | Davids Hydro Vac, Inc., 2320 Leibel St, White Bear Lake, MN 55110-2308 |
| 5389879 | | Doran & Doran PC, 69 Public Sq Ste 700, Wilkes-Barre, PA 18701-2588 |
| 5389900 | | Drilling Mud Direct, LLC, 6 Inverness Ct E, Englewood, CO 80112-5516 |
| 5389901 | | Ellen Buck, 61 Van Wyck St, Croton On Hudson, NY 10520-2532 |
| 5389902 | | Elliott Ufret, 96 Hoslers Rd, Westtown, NY 10998-3513 |
| 5389903 | | Exxonmobil Online, PO Box 639, Portland, ME 04104-0639 |
| 5389904 | + | Fire Safety USA, 3253 19th St NW, Rochester, MN 55901-6794 |
| 5389905 | | First Insurance Funding, 450 Skokie Blvd Ste 1000, Northbrook, IL 60062-7917 |
| 5389906 | | Flex Fleet Rental LLC, c/o Joshua Redford Euler Homes Collectio, 800 Red Brook Blvd Ste 400C, Owings Mills, MD 21117-5173 |
| 5389907 | | Gabrielle D'Agostino, 4781 N Congress Ave # 1165, West Palm Beach, FL 33401 |
| 5389908 | | Green Capital Funding LLC, 116 Nassau St Rm 804, New York, NY 10038-2481 |
| 5389909 | | Hartford Financial Services Group Inc., 690 Asylum Ave, Hartford, CT 06155-0002 |
| 5389911 | + | Hudson Black, Inc., 270 Sparta Avaenue Ste 104, Sparta, NJ 07871-1122 |
| 5389914 | | INROCK Drilling Systems, Inc., 6000 Brittmoore Rd, Houston, TX 77041-5622 |
| 5389912 | | Indy Bank, c/o Cenlar Loan Admin., PO Box 77404, Ewing, NJ 08628-6404 |
| 5389913 | | Inga K. Shcuchard Kingland Esquire, 8300 Norman Center Dr Ste 1000, Minneapolis, MN 55437-1060 |
| 5389916 | | International Brotherhood of Teamsters, 25 Louisiana Ave NW, Washington, DC 20001-2130 |
| 5389919 | | JPI Construction, Inc., 8170 Ronson Rd Ste C, San Diego, CA 92111-2008 |
| 5389917 | | John D. Coyle, Esquire, Bevan Mosca & Giuditta PC, 222 Mount Airy Rd Ste 200, Basking Ridge, NJ 07920-2335 |
| 5389918 | | Jonathan Pollara, 102 Bartleson Deer Trl, Greentown, PA 18426-8916 |
| 5389923 | + | KMM Telecommunications, 1900 Lakeway Dr Ste 100, Lewisville, TX 75057-6012 |
| 5389920 | + | Kash Capital, 1022 Avenue M, Brooklyn, NY 11230-4747 |
| 5389924 | | Komatsu America Corp, 2240 Bethlehem Pike, Hatfield, PA 19440-1608 |
| 5389925 | | Komatsu Finance, 8770 W Bryn Mawr Ave Ste 100, Chicago, IL 60631-3782 |
| 5389926 | | LD Trucking LLC, 180 Henne Rd, Bernville, PA 19506-8706 |
| 5389931 | | MN Dept of Employment & Economic Dev, 390 Robert St N, Saint Paul, MN 55101-1805 |
| 5389927 | | Marvin Hose & Jeff Carlson Trustees, Local #49 IUOE c/o Ruth S. Marcott, Esqu, 60 S 6th St Ste 3400, Minneapolis, MN 55402-4018 |
| 5389928 | | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 5389929 | | Michael Crabtree CEO Central Pension Fnd, c/o Daniel Keenan, Esquire, 5301 Wisconsin Ave NW Ste 800, Washington, DC 20015-2000 |
| 5389930 | | Michael F J Romano, Esquire, 52 Newton Ave, Woodbury, NJ 08096-4610 |
| 5389932 | | Oasis Funding Group, 122 E 42nd St Rm 2112, New York, NY 10168-2100 |
| 5389933 | | Operating Engineers Local #49, c/o Ruth S. Marcott Esquire, 60 S 6th St Ste 3400, Minneapolis, MN 55402-4018 |

| Recip ID | | Name and Address |
|---|---|---|
| 5389934 | | Patrick A. Walsh, Esquire, 715 N State St, Clarks Summit, PA 18411-9494 |
| 5389935 | | Paul D. Hollen III, 804 Natchez Cir, Mount Pleasant, SC 29464-5423 |
| 5389936 | | Paulson Rock Products, PO Box 187, Mantorville, MN 55955-0187 |
| 5389878 | | Pollara Robert T, 102 Bartleson Deer Trl, Greentown, PA 18426-8916 |
| 5389941 | #+ | Prism Construction Management, 200 Broadacres Dr, Bloomfield, NJ 07003-3176 |
| 5389945 | | RLE Equipment, Inc., R457 N Main St, Moscow, PA 18444 |
| 5389942 | | Rachel R. Stern, Manning Price & Stern, PO Box 864371, Orlando, FL 32886-4371 |
| 5389943 | + | Region Capital, 1022 Avenue M, Brooklyn, NY 11230-4747 |
| 5389944 | | Richard Hopp Fund Counsel, c/o Daniel Keenan, Esquire, 5301 Wisconsin Ave NW Ste 800, Washington, DC 20015-2000 |
| 5389946 | | Road Machinery & Supplies Co., 5633 Highway 13 W, Savage, MN 55378-1215 |
| 5389947 | | Ruth S Marcott, Esquire, Katak Rock LLP, 60 S 6th St Ste 3400, Minneapolis, MN 55402-4018 |
| 5389948 | | SB One Insurance Agency, PO Box 4, Augusta, NJ 07822-0004 |
| 5389951 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap On Credit LLC, 950 Technology Way Ste 301, Libertyville, IL 60048-5339 |
| 5389950 | + | Sheffield Financial, 150 S Stratford Rd, Winston Salem, NC 27104-4228 |
| 5389952 | + | Snap-On Tools, 2801 80th St, Kenosha, WI 53143-5699 |
| 5389954 | + | The Robbins Company, 29100 Hall St, Solon, OH 44139-3926 |
| 5389955 | | Thomas S. Farley, Esquire, Farley & Bernathy LLC, 2523 Route 6 Ste 1, Hawley, PA 18428-7055 |
| 5389956 | + | Trenchless Rental Solutions, Inc., PO Box 877, Massillon, OH 44648-0877 |
| 5389957 | | Tricom Engineering & Construction Svcs, 804 Natchez Cir, Mount Pleasant, SC 29464-5423 |
| 5389959 | | URSA Major DC LLC, 102 Bartleson Deer Trl, Greentown, PA 18426-8916 |
| 5389960 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank, Cardmember Services, PO Box 6339, Fargo, ND 58125-6339 |
| 5389958 | | United Rentals (North America) Inc., c/o Mark A. Kirkorsky, PC, PO Box 25287, Tempe, AZ 85285-5287 |
| 5389961 | | Vermeer All Roads, 925 Merritt Blvd, Baltimore, MD 21222-1435 |
| 5389962 | | Vermeer North Atlantic, 7 Maple Ave, Lumberton, NJ 08048-2908 |
| 5389963 | | Waste Management, c/o The Reeivable Mgmt Serv LLC, PO Box 1954, Southgate, MI 48195-0954 |
| 5389964 | | Wexonline, PO Box 639, Portland, ME 04104-0639 |
| 5389965 | | Yamaha Financial Services, PO Box 84240, Sioux Falls, SD 57118-4240 |
| 5389966 | | Yamaha Financial Services Corp USA, PO Box 911007, San Diego, CA 92191-1007 |
| 5389967 | | Yes Capital Group, 209 Woodpoint Rd, Brooklyn, NY 11211-1608 |

TOTAL: 72

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2021 19:41:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5389880 | | Email/Text: marie@adtechmotors.com | Feb 11 2021 19:27:00 | Adtech, Inc., PO Box 000F, Wayne, OK 73095 |
| 5389885 | | Email/Text: bankruptcy@bbandt.com | Feb 11 2021 19:27:00 | BB&T, PO Box 1704, Clemmons, NC 27012-1704 |
| 5389893 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 11 2021 19:27:00 | Citizens One Auto Finance, JCA 130, PO Box 42113, Providence, RI 02940-2113 |
| 5389894 | | Email/Text: ljohns@commercialcreditgroup.com | Feb 11 2021 19:26:00 | Commercial Funding, Inc., 170 S Main St Ste 700, Salt Lake City, UT 84101-1657 |
| 5389888 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 11 2021 19:42:43 | Capital One Bank USA NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5389889 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 11 2021 19:44:22 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5389910 | | Email/Text: miller@hnbbank.com | Feb 11 2021 19:27:00 | Honesdale National Bank, PO Box 350, Honesdale, PA 18431-0350 |
| 5389915 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2021 19:27:00 | Internal Revenue Service, Bankruptcy Section, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5389890 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 11 2021 19:41:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 5389891 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 11 2021 19:44:21 | Chase, PO Box 19298, Wilmington, DE 19850-5298 |

| Recipient | Notice Method | Date/Time | Address |
|---|---|---|---|
| 5389892 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 11 2021 19:42:41 | Chase Slate, PO Box 15298, Wilmington, DE 19850-5298 |
| 5389922 | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 11 2021 19:28:00 | KEYBANK NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 5389921 | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 11 2021 19:28:00 | Key Bank, Loan Client Services, PO Box 5788, Cleveland, OH 44101-0788 |
| 5389940 | Email/Text: bkrgeneric@penfed.org | Feb 11 2021 19:27:00 | Pentagon Federal Credit Union, PO Box 247009, Omaha, NE 68124-7009 |
| 5389937 | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 19:40:52 | Pay Pal Credit, PO Box 960006, Orlando, FL 32896-0006 |
| 5389938 | Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 19:42:33 | PayPal Extras Mastercard/Synchrony Bank, PO Box 960080, Orlando, FL 32896-0080 |
| 5389939 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2021 19:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5389953 | Email/Text: legal@southstarcapital.com | Feb 11 2021 19:27:00 | Southstar Financial LLC, 840 Lowcountry Blvd, Mount Pleasant, SC 29464-3000 |
| 5389949 | Email/Text: Bankruptcy@selective.com | Feb 11 2021 19:27:00 | Selective Insurance, PO Box 7950, Trenton, NJ 08650-7950 |
| 5389795 | + Email/PDF: gecsedi@recoverycorp.com | Feb 11 2021 19:42:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John J Martin (Trustee) | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| Lisa M. Doran | on behalf of Debtor 1 Robert T Pollara ldoran@dorananddoran.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(03/20)