IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: **Case No. 5-21-bk-00246-HWV**
**Richard T. Pollara aka Richard Theodore** :
**Pollara fdba URSA Major Underground** : **Ch. 7**
:
Debtor

## ORDER ALLOWING SECOND EXTENSION
## OF TIME FOR FILING SCHEDULES

Upon consideration of the Second Motion of the above Debtor by his attorneys, Doran & Doran, P.C. requesting an additional Forty-Five (45) day extension of time in which to file his Schedules, Statement of Financial Affairs, Statement of Attorney and Chapter 13 Plan in the above case and as cause has been shown, it is

ORDERED that the above Debtor is hereby granted an additional Forty-Five (45) days from the original 45 day extension, in which to file his necessary documents with the exception of the Matrix which has previously been filed.

Dated: March 26, 2021

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge (CD)